IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02426-CMA-MJW

SANDY DEAL,

      Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

      Defendant.

---

## ORDER (ON) 14

Defendant's Motion for Leave to Allow Party Representative to Appear By Telephone is

GRANTED.  Defendant is ordered to have its representative available by telephone at all times

from the commencement of the Settlement Conference on January 12, 2010 at 1:30 p.m. until its

completion.

      Dated: January 11, 2010.

BY THE COURT:

_____

Michael J. Watanabe
United States Magistrate Judge