IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02426-CMA-MJW

SANDY DEAL,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

The Court having reviewed the parties' Stipulation Of Dismissal With Prejudice (Doc. # 18), and being fully advised in the matter, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

DATED:  January __29__, 2010

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge